938 A.2d 981

**Karlvin CAMP, Petitioner,**

**v.**

**Thomas CORBETT, Attorney General for the Commonwealth of Penna., James T. Wynder, Superintendent at SCI–Dallas, 1000 Follies Road, Dallas, PA 18612, Respondents.**

**No. 169 EM 2007.**

Supreme Court of Pennsylvania.

Dec. 12, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of December, 2007, the Application to File Original Process is granted and the Writ of Habeas Corpus is denied.